# United States District Court
## Southern District of Georgia

JSM MARINE LLC,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-151

CLAUDIA N. GAUGHF,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated September 11, 2019, granting Plaintiff's Motion for Summary Judgment, judgment is entered against Defendant Claudia N. Gaughf and in favor of Plaintiff JSM MARINE LLC in the amount of $7,144.00.

Approved by: _____

September 16, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*