IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| JSM MARINE LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-151 |
| v. | |
| CLAUDIA N. GAUGHF, | |
| Defendant. | |

**O R D E R**

Plaintiff JSM Marine LLC filed this admiralty proceeding to recover an award, pursuant to the law of salvage, for services rendered to Defendant Claudia N. Gaughf's vessel—the MIST APPROACH—following Hurricane Matthew in October of 2016. (Doc. 1.) On September 11, 2019, the Court granted summary judgment in favor of Plaintiff. (Doc. 44.) In its Order, the Court awarded Plaintiff a sum to be paid by Defendant for the salvage and the Court also held that Plaintiff was entitled to recover attorney's fees from Defendant. (Id. at p. 36.) The Court ordered the parties to file briefs regarding the amount of fees that should be awarded. (Id.) The parties timely filed those briefs, (docs. 46, 47), and Plaintiff also filed a Bill of Costs outlining the costs that it claimed should be taxed against Defendant, (doc. 48). The parties have since advised the Court that they have reached an agreement regarding the attorney's fees and expenses and the costs of litigation to be paid to Plaintiff. (Doc. 50, p. 1.) Additionally, Defendant has remitted payment to Plaintiff for the salvage award, (id.), and Plaintiff has filed a satisfaction of judgment as to that

payment, (doc. 49).  In light of the foregoing, the parties have jointly requested that the Court deem the attorney's fees issue to be moot and close the case.  (Doc. 50, p. 2.)

Accordingly, the Court finds the issue of attorney's fees and costs to be **MOOT** and thus declines to render a decision as to the appropriate amount of attorney's fees, (see docs. 46, 47), or as to the appropriate amount—if any—of costs to be taxed to Defendant, (see doc. 48).  Judgment having already been entered in this case, (doc. 45), it remains **CLOSED**.

**SO ORDERED**, this 27th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA